## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TODD REED,

      Plaintiff,

v.

                                            Civil Action No. 1:23-cv-00589-DHU-LF

NEW MEXICO SPORTS AND WELLNESS,

      Defendant.

## STIPULATED MOTION TO DISMISS

      The Parties, Plaintiff Todd Reed, pro se, and Defendant Starmark Northwest Realty, LLC d/b/a New Mexico Sports and Wellness ("NMSW"), by and through its attorneys Gordon Rees Scully Mansukhani, LLP, respectfully submit this stipulated Motion to Dismiss and in support thereof, state as follows:

      The parties hereby give notice of their stipulation to dismiss this action with prejudice, effective immediately, forever waiving any right to bring suit on the factual circumstances upon which Plaintiff's complaint is predicated.

      Respectfully submitted, this 13th day of February, 2024.

| | |
|---|---|
| /s/ *Todd Reed* | /s/ *Hannah E. Engle* |
| Todd Reed | Christopher R. Jones |
| Plaintiff, *pro se* | Hannah E. Engle |
| | GORDON REES SCULLY |
| | MANSUKHANI, LLP |
| | 555 Seventeenth Street, Suite 3400 |
| | Denver, Colorado 80202 |
| | Tel.: (303) 534-5160 |
| | Fax: (303) 534-5161 |
| | crjones@grsm.com |
| | hengle@grms.com |
| | *Attorneys for Defendant New Mexico Sports and Wellness* |