IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TODD REED,

    *Plaintiff,*

vs.                                          CIVIL NO. 1:23-cv-00589-DHU-LF

NEW MEXICO SPORTS AND WELLNESS,

    *Defendants.*

### ORDER OF DISMISSAL

This Court has been advised that the Parties stipulated to a dismissal (Doc. 28) which would resolve any and all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be **DISMISSED** with prejudice with each party bearing its own fees and costs.

 

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE