IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TODD REED,**

    **Plaintiff,**

v.                                                          Civil Action No. 1:23-cv-00589-DHU-JHR

**NEW MEXICO SPORTS AND WELLNESS,**

    **Defendant.**

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE